**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1475**

CARLA MARINA CRUZ-HERNANDEZ,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 16, 2025                              Decided: January 6, 2026

Before GREGORY, Circuit Judge, and TRAXLER and KEENAN, Senior Circuit Judges.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Brittany Pierce, LIVELY LAW FIRM, Charlotte, North Carolina, for Petitioner. Brett A. Shumate, Assistant Attorney General, Margot P. Kniffin, Senior Litigation Counsel, Giovanni B. Di Maggio, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carla Marina Cruz-Hernandez, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have reviewed the administrative record and Cruz-Hernandez's claims and find no abuse of discretion. 8 C.F.R. § 1003.2(a) (2025); *see Williams v. Garland*, 59 F.4th 620, 632 (4th Cir. 2023). Accordingly, we grant Cruz-Hernandez's motion to file her corrected reply brief out of time and deny the petition for review. *In re Cruz-Hernandez* (B.I.A. Apr. 8, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*